UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Freda L. Wolfson |
| v. | : | Crim. No. 15-165 (FLW) |
| ERIK VANDERBECK | : | <u>VERDICT SHEET</u> |

1. With respect to Count Two, which charges the defendant with the production of child pornography, we, the jury, find the defendant:

    NOT GUILTY \_\_\_\_    GUILTY ✓

2. With respect to Count Three, which charges the defendant with the production of child pornography, we, the jury, find the defendant:

    NOT GUILTY \_\_\_\_    GUILTY ✓

3. With respect to Count Four, which charges the defendant with the distribution of child pornography, we, the jury, find the defendant:

    NOT GUILTY \_\_\_\_    GUILTY ✓

4. With respect to Count Five, which charges the defendant with the possession of child pornography, we, the jury, find the defendant:

    NOT GUILTY \_\_\_\_    GUILTY ✓

DATE: 4-8-16